1

2

3

4

5

6

7

8                             UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    WILLIE WEAVER,                                No.  2:25-cv-0446-JAM-AC P

12                      Plaintiff,

13           v.                                     **ORDER**

14    ORCHO,

15                      Defendant.

16

17          Plaintiff Willie Weaver is a state prisoner proceeding pro se with a civil rights action

18    pursuant to 42 U.S.C. § 1983.  He has been deemed a vexatious litigant who is not permitted to

19    proceed on any civil action against a government employee, government official, or governmental

20    entity without either (1) paying the appropriate filing and administrative fees at the time he files

21    suit or (2) making the required evidentiary showing, with documentation, that he is in imminent

22    danger of serious physical injury.  See Weaver v. Williams, No. 2:17-cv-1003 JAM AC P (see

23    ECF No. 14 (prefiling order); ECF No. 16 (amendment to prefiling order)).  Furthermore, any

24    complaint that plainly states that plaintiff's administrative remedies have not been exhausted are

25    required to be accompanied by a sworn statement explaining why plaintiff did not exhaust his

26    administrative remedies prior to filing the complaint and showing that administrative remedies

27    were unavailable.  Id.  If the court reviews a newly filed case and determines that plaintiff has not

28    complied with the requirements of the prefiling order, the case will be ordered dismissed and

1

1    closed.  Id.

2        The court has reviewed the instant case and plaintiff has not submitted the required fees

3    and has not made the required evidentiary showing, with documentation, that he is in imminent

4    danger of serious physical injury.

5        Accordingly, IT IS HEREBY ORDERED that:

6        1.  Plaintiff has not complied with the requirements of the pre-filing order, as indicated

7    above;

8        2.  The complaint is **DISMISSED**;

9        3.  The Clerk of the Court is **DIRECTED** to **CLOSE** this case; and

10        4.  **No further filings will be accepted**.

11

12    Dated: February 07, 2025                    /s/ John A. Mendez

13                                          THE HONORABLE JOHN A. MENDEZ
                                          SENIOR UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2